**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court  
Check #: **1089041**  
Date: 04/07/2015

Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0960999 | 00059 | GARY BERNARD JACKSON, SR. & ORA LEE JA | | 0.00 | 4,550.00 | 933.04 | 5,483.04 |
| | | Original Check written to: <br> BILL W. CARROLL <br> 460 ACR 2910 <br> PALESTINE, TX, 75801 | | | | | |